IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JWD AUTOMOTIVE, INC. d/b/a NAPA AUTO CARE OF CAPE CORAL, a Florida corporation, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> IGNITE PAYMENTS, LLC, a California limited liability company and ARNDT INDUSTRIES, INC., <br><br> Defendants. | ) ) ) ) ) ) Civil Action No.: 2:17-cv-191 ) ) ) **CLASS ACTION** ) ) ) ) ) ) |

## NOTICE OF SETTLEMENT

Plaintiff JWD AUTOMOTIVE, INC. d/b/a NAPA AUTO CARE OFF CAPE CORAL hereby gives written notice pursuant to Local Rule 3.08 to the Court that the parties have reached a settlement in this case that will resolve all of the issues raised in this dispute and dispose of this entire action. The parties anticipate filing a Stipulation of Dismissal with Prejudice once the settlement has been finalized, within the next 14 days.

    Respectfully submitted,

    JWD AUTOMOTIVE, INC., individually and as the representative of a class of similarly-situated persons

    s/ Ryan M. Kelly
    Ryan M. Kelly – FL Bar No.: 90110
    ANDERSON + WANCA
    3701 Algonquin Road, Suite 500
    Rolling Meadows, IL  60008
    Telephone: 847-368-1500 / Fax: 847-368-1501
    Email: rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/     Ryan M. Kelly