# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JWD AUTOMOTIVE, INC. d/b/a NAPA AUTO CARE OF CAPE CORAL, a Florida corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) ) Civil Action No.: 2:17-cv-191 ) |
| Plaintiff, | ) |
| v. | ) **CLASS ACTION** |
| IGNITE PAYMENTS, LLC, a California limited liability company and ARNDT INDUSTRIES, INC., | ) ) ) ) ) |
| Defendants. | ) |

## **JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, JWD AUTOMOTIVE, INC. d/b/a NAPA AUTO CARE OF CAPE CORAL and Defendants, IGNITE PAYMENTS, LLC and ARNDT INDUSTRIES, INC., through their undersigned attorneys, hereby stipulate to the dismissal of this action with prejudice, class allegations without prejudice.

Respectfully submitted,

JWD AUTOMOTIVE, INC.

By: s/Ryan M. Kelly
     Ryan M. Kelly – FL Bar. 90110

ANDERSON + WANCA
3701 Algonquin Rd., Ste. 500
Rolling Meadows. IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501
bwanca@andersonwanca.com

ARNDT INDUSTRIES, INC.

s/Chris Baniszewski (with permission)
Chris Baniszewski (*pro hac vice admitted*)
WARNER, ANGLE, HALLAM, JACKSON, & FORMANEK, PLC
2555E. Camelback Road, Suite 800
Phoenix, AZ  85016
Telephone:  602-264-7101
cbaniszewski@WarnerAngle.com

and

s/John M. Miller     (with permission)
John M. Miller – FL Bar No.: 61488
HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
1715 Monroe Street
Fort Myers, FL  33902-0280
john.miller@henlaw.com


IGNITE PAYMENTS, LLC

By:  s/James N. Robinson  (with permission)
James N. Robinson – Florida Bar No. 608858
Moneyede M. Martin – Florida Bar No. 59272
WHITE & CASE LLP
200 S. Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Fax: (305) 358-5744
Email: jrobinson@whitecase.com
Email: mmartin@whitecase.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2017, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.


/s/Ryan M. Kelly

2