UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JWD AUTOMOTIVE, INC., a Florida corporation, individually and as the representative of a class of similarly-situated persons dba NAPA Auto Care of Cape Coral,

    Plaintiff,

v.     Case No: 2:17-cv-191-FtM-29CM

IGNITE PAYMENTS, LLC, a California limited liability company and ARNDT INDUSTRIES, INC.,

    Defendants.

**ORDER**

This matter comes before the Court on the parties' Joint Stipulation of Dismissal (Doc. #36) filed on October 31, 2017. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __31st__ day of October, 2017.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record